07-668-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND    05-M-4223-SKG

| UNITED STATES OF AMERICA vs. COVINGTON, KENDEL B | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | X0516666 MD81 | 08/19/2005 |
| Defendant | DRIVE W/OUT INS | **FILED** DEC 20 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

FAILURE TO APPEAR FOR INITIAL APPEARANCE ON 1/6/06.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date 1/9/06

United States Magistrate Judge
SUSAN K GAUVEY

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| | DATE | LOCATION |
|---|---|---|
| | | |

Name: Kevin M. Kraemer    Title: DUSM    District: District of Columbia DC
Date: 12/20/07    Signature: _____

07-668-M-01

## United States District Court
### Violation Notice

CVB Location Code: **MDA**
Violation Number: **X 0516666**
Officer Name (Print): **K Brown**
Officer No: **3001**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **08/19/2005 6:40pm**
Offense Charged ☐ CFR ☒ USC ☐ State Code: **18 USC 13**
Place of Offense: **Mapes Rd. Gate 1**

Offense Description: knowingly driving uninsured veh.

X 0516666

### DEFENDANT INFORMATION

Last Name: **Coughlan**
First Name: **Wendel**
M.I.: **B**
Drivers License No: 
OL State:

### VEHICLE DESCRIPTION

A ☐ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ MA Forfeiture Amount
+ $25 Processing Fee
$ MA Total Collateral Due

**PAY THIS AMOUNT →**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: **TBA**
Date (mm/dd/yyyy): **TBA**
Time (hh:mm): **TBA**

X Defendant Signature
[signature]

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **19 Aug**, 20**05** while exercising my duties as a law enforcement officer in the **FtGM** District of **MD**

Coughlan was sent to the vehicle inspection area at Gate 1 in accordance with post security measures. My investigation revealed that Coughlan did not have a valid drivers license. No proof of insurance or registration. Coughlan was also using a registration plate (Alabama) 1845931X which did not belong to his vehicle. Coughlan was apprehended and released on his own recognizance.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **08/19/2005** Officer's Signature [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on _____

07-668-M-01



UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES MARSHALS SERVICE
DISTRICT OF MARYLAND

DATE: April 7, 2006

TO: Kendel B Covington
10426 Terraco Dr.
Cheltenham, MD 20623

## NOTICE BEFORE ARREST

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the following charges:

CHARGE(S): DRIVE W/OUT INSURANCE
WARRANT NUMBER 05-M-4223-SKG
DATE WARRANT ISSUED: January 9, 2006

Pursuant to law, it is the responsibility of the United States Marshals Service to execute this warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that you may settle this matter by appearing in court, in lieu of being arrested.

If we are not advised by the Clerk's Office within ten (10) days that you have scheduled your appearance, you will be subject to arrest.

Your prompt attention to this matter would be appreciated. Any questions regarding this matter should be directed to the Clerk's Office, U. S. District Court, Baltimore, ATTN: Mr Cornel Lunkin, at 410-962-2600.

Sincerely,

*Johnny L. Hughes*

J. L. Hughes
United States Marshal

Form USM-174
(Est. 1/24/78)