Rev 1/07

**FILED**

JAN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Return Copy

Date: 01/11/08

Address of Other Court: USDC District of Maryland
Baltimore Division
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD 21201

RE: CR 07-MJ-668, USA v. Covington

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| ☑ Docket Sheet | ☐ Warrant of Removal |
| ☐ Complaint | ☐ Order of Removal |
| ☐ Minute Order Appointing Counsel | ☐ Detention Order |
| ☐ Corporate Surety Bond | ☑ Waiver of Removal |
| ☐ Personal Surety Bond | |

☑ Other: Blotter filed on 12/21/07 and 01/07/08

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk